IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01783-BNB

WILLIS MAX LESTER,

    Plaintiff,

v.

KATHERYN J. GARRETT, H.S.A., FCI-Stafford, AZ,
EDURADO M. FERRIOL, M.D., FCI-Stafford, AZ,
CHIEF OF HEALTH SERVICES, Central Office, BOP,
DAVID DUNCAN, Warden, FCI-Stafford, AZ,
FIVE JOHN/JANE DOES, Medical Personnel at FPC-Florence, and/or Other BOP
    Facilities/Offices,
GEORGE SANTINI, M.D., FPC-Florence, CO, AND
UNITED STATES OF AMERICA/FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 6 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 6, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01783-BNB

Willis Max Lester
~~Reg No. 11533-081~~
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/6/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk