IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01783-DME-KMT

WILLIS MAX LESTER,

    Plaintiff,

v.

KATHERYN J. GARRETT, H.S.A., FCI-Stafford, AZ,
EDUARDO M. FERRIOL, M.D., FCI-Stafford, AZ,
CHIEF OF HEALTH SERVICES, Central Office, BOP,
DAVID DUNCAN, Warden, FCI-Stafford, AZ,
FIVE JOHN/JANE DOES, Medical Personnel at FPC-Florence, and/or Other BOP
    Facilities/Offices,
GEORGE SANTINI, M.D., FPC-Florence, CO, and
UNITED STATES OF AMERICA/FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -8 2009

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: October 7, 2009

                                                BY THE COURT:

                                                *s/ David M. Ebel*

                                                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01783-DME-KMT

Willis Max Lester
Reg. No. 11533-081
FPC – Florence
PO Box 5000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Katheryn J. Garrett, Eduardo M. Ferriol, M.D.,
David Duncan, and George Santini, M.D.

Newton E. Kendig, M.D.  – CERTIFIED
Federal Bureau of Prisons
Health Services Division
320 First Street, N.W.
Washington, D.C.  20534

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

	I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Katheryn J. Garrett, Eduardo M. Ferriol, M.D., David Duncan, and George

Santini, M.D.; to Newton E. Kendig, M.D. Chief Medical Sevices BOP; to United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 7/29/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/08/09

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk