**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01783-DME-KMT

WILLIS MAX LESTER,

    Plaintiff,

v.

FIVE JOHN/JAYNE DOES, Medical personnel at FPC - Florence,
GEORGE SANTINI, M.D., FPC - Florence, CO, and,
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

**ORDER OF DISMISSAL**

---

The Court, having considered the Stipulated Motion to Dismiss filed pursuant to Fed. R. Civ. P. 41(a)(l), HEREBY, dismisses this case with prejudice, each party to pay their own costs.

Dated this  2nd  day of February, 2011.

BY THE COURT:

*s/ David M. Ebel*

United States Circuit Judge
District of Colorado